FILED

08/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0439

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0439

MIKEL S. LETHERMAN,

Petitioner,

v.

JACKIE KEEREY, DIRECTOR,
GALLATIN COUNTY DETENTION CENTER,

Respondent.

ORDER

Petitioner Mikel S. Letherman has filed a Petition for Writ of Habeas Corpus along with an attachment. Upon review, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Mikel S. Letherman personally.

DATED this 2nd day of August, 2024.

_____
Justice